UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHAMARA NYREE STOKELING | ) | CASE NUMBER A10-71569-WLH |
| | ) | WENDY L. HAGENAU |
| DEBTOR | ) | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor's Plan will exceed sixty months by five (5) months in violation of 11 U.S.C. 1322(d)(2)(C) and 11 U.S.C. 1307(c).

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 6th day of May, 2011.

/s/_____
Melissa J. Davey
Attorney for the Chapter 13 Trustee
State Bar No. 206310
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>SHAMARA NYREE STOKELING<br><br>DEBTOR | )<br>)<br>)<br>) | CHAPTER 13<br>CASE NUMBER A10-71569-WLH<br>WENDY L. HAGENAU |

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **June 08, 2011** at **1:45 PM in Room 1403, Richard Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 6th day of May, 2011.


/s/_____
  Melissa J. Davey
  Attorney for the Chapter 13 Trustee
  State Bar No. 206310
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201

## CERTIFICATE OF SERVICE

Case No: A10-71569-WLH

This is to certify that I have this day served:

SHAMARA NYREE STOKELING
P.O. BOX 14322
ATLANTA, GA  30324


LAW OFFICES OF MATTHEW T. BERRY,  ATTORNEY
2751 BUFORD HIGHWAY
SUITE 400
ATLANTA, GA  30324

In the foregoing matter with a copy of the Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.


This the 6th day of May, 2011.



/s/_____
   Melissa J. Davey
   Attorney for the Chapter 13 Trustee
   State Bar No. 206310
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201